UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSHUA WAGNER, individually and on behalf of the Hess Corporation Employees' Savings Plan, and all others similarly situated,

    Plaintiff,

v.

HESS CORPORATION, et al.,

    Defendants.

No. 6:24-CV-004-H

## ORDER

Before the Court is the parties' joint motion to vacate the trial date and remaining scheduling deadlines. Dkt. No. 106. The parties have notified the Court that they have reached an agreement in principle to resolve this suit on a class-wide basis. *Id.* at 1. For the reasons stated in the motion, the Court finds good cause to vacate the trial date and all remaining scheduling deadlines.

The plaintiff is ordered to file a motion for preliminary approval of the settlement by November 3, 2025. Alternatively, the parties are ordered to file a joint status report regarding the settlement by November 3, 2025.

So ordered on October 6, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE